5:19mj40-MJF

# AFFIDAVIT

I, John Deegins, being first duly sworn, hereby depose and state as follows:

**TRAINING AND EXPERIENCE**

1. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am a Lieutenant for the Panama City Beach Police Department currently assigned as a Task Force Officer ("TFO") for the Drug Enforcement Administration ("DEA"). I have been employed with the Panama City Beach Police Department for over 20 years. During my employment with the Panama City Beach Police Department, I have participated in criminal investigations to include narcotic investigations, which have included physical surveillance, execution of search warrants, and the arrests of numerous drug traffickers. I have spoken with defendants, confidential informants, and witnesses having knowledge of the workings of major narcotics trafficking organizations. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with methods used by traffickers to smuggle and safeguard narcotics, to distribute narcotics, and collect and launder related proceeds. I am aware of methods employed by major narcotics organizations to thwart any investigation of their illegal activities. During my work as a law enforcement officer, I have worked with undercover agents, where they have purchased illegal drugs, or negotiated for the purchase or sale of drugs. I have also participated in state and federal drug Title III investigations.

RCVD USDC FLND PC
JUL 8 '19 PM 12:58

5:19mj40-MJF

2. This affidavit is made in support of an application for the issuance of a seizure warrant for the seizure of Tuyet My Tanner and Geoffrey Todd Tanner's bank account #0033262160 (hereinafter referred to as the "**Account**"), which I respectfully submit contains proceeds of an illegal narcotic distribution network, in violation of Title 21, United States Code, Sections 841(a)(1), and 846, and Title 18 United States Code, Section 1956.

3. The statements contained in this affidavit are based, in part, upon: information that was provided by Special Agents and deputized Task Force Officers with the DEA; Special Agents of the Florida Department of Law Enforcement, confidential sources and covert recording devices utilized during controlled purchases of controlled substances.

4. Since this affidavit is being submitted for the limited purpose of securing authorization for the seizure of money located in Innovations account number 0033262160, including share accounts S1, S2 and S3, I have not included each and every fact known to me concerning this investigation. More specifically, I have set forth only those facts that I believe are necessary to establish the required foundation for an order authorizing the seizure of monies located in Innovations account number 0033262160, including share accounts S1, S2 and S3, which is specifically described in Attachment A.

**DETAILED DESCRIPTION OF THE ACCOUNT**

5. The **ACCOUNT** is located at 910 Thomas Drive, Panama City Beach, Florida 32408. The **ACCOUNT** is a joint account in Geoffrey T. Tanner's name shared with Tuyet Tanner. The **ACCOUNT** has three shared sub-accounts labeled as Prime Share (S 01), Ignite Saver Cashback (S 02) and Ignite Cashback With Saver (S 10). The **ACCOUNT** as of July 3, 2019, had $13,128.59 in it.

2

5:19mj40-MJF

## Search Warrant on June 26, 2019 at Subject Residence

6. On June 21, 2019, U.S. Magistrate Judge Michael Frank authorized the search of 2903 Harrier Street, Panama City, Florida, the home Geoffrey and Tuyet Tanner. Prior to the authorization of that search warrant, multiple controlled buys were completed, during which evidence was gathered that both Geoffrey and Tuyet Tanner were distributing controlled substances from their residence.

7. On June 26, 2019, at approximately 6:18 a.m., law enforcement executed the search warrant at the above residence. Law enforcement conducted a "knock and announce" prior to breaching the front door. During the knock and announce, a marked patrol unit made announcements over the "PA" system that law enforcement was executing a search warrant at the residence. During the execution of the warrant, law enforcement secured Geoffrey Tanner at the front door. Agents also located two juvenile females inside the southwest bedroom of the residence. The juveniles were not secured in restraints.

8. Once the residence was secured, DEA SA Kevin Miller presented Geoffrey Tanner with a copy of the search warrant and explained to him that the search warrant was a Federal Search Warrant, and that there was also State of Florida Arrest Warrant for Trafficking in Controlled Substances (Fentanyl).

9. The following items were located inside the residence and were seized as evidence:

   a. One green duffle bag containing numerous vacuum sealed bags of suspected marijuana. (Approximate Weight – 50 pounds);

   b. Two cardboard boxes containing vacuum sealed bags of marijuana;

3

c. One Tylenol bottle containing unidentified pills. One blank prescription bottle containing unidentified pills;

d. One baggie containing blue unidentified pills;

e. One blank pill bottle containing unidentified pills;

f. One Newport cigarette box containing unidentified pills;

g. One Goodies box containing unidentified pills;

h. One blank pill bottle containing unidentified pills;

i. One prescription bottle to "Cynthia Ngueyn" "Meclinzine 25 mg" "Rx# 6876074-0823" containing unidentified pills;

j. One glass container containing a suspected marijuana cigarette;

k. One Royal Sovereign money counter - black and silver;

l. One Kalibri Domino money counter - silver and white;

m. One silver digital scale no brand name;

n. One silver digital scale EK5055 no brand name;

o. One silver Taylor Biggest Loser digital scale;

p. Numerous notebook drug ledgers;

q. One IPhone XS belonging to Geoffrey Tanner, (850) 276-6230; and

r. $15,145.00 of US Currency.

### Interview of Geoffrey Tanner on 06-26-2019 by SA Kevin Miller

10.     During the execution of the search, SA Kevin Miller and Lt. J.R. Talamantez brought Geoffrey Tanner into the dining room of the residence. SA Miller told Geoffrey Tanner that he wanted to talk to Geoffrey Tanner about why law enforcement was executing a search

warrant at his residence. SA Miller explained to Geoffrey Tanner that SA Miller was going to record the interview on a digital recorder.

11. At approximately 6:54 a.m., the recording began. SA Miller presented Geoffrey Tanner with a DEA Advice of Rights form. SA Miller read Geoffrey Tanner his *Miranda* rights as Tanner read along on his own. Tanner voluntarily initialed next to each line on the form. Tanner acknowledged that he understood his rights and voluntarily signed the form agreeing to speak with law enforcement. The following information is some of the information Geoffrey Tanner provided.

12. Geoffrey Tanner said that he knew drugs were being sold out of his home. Geoffrey Tanner said that they (he and his wife, Tuyet) have been selling drugs for approximately 6 months. Geoffrey Tanner stated that he and his wife sold marijuana and pills, but was not aware that the pills contained fentanyl.

13. Geoffrey Tanner said that he and Tuyet Tanner had a bank account at "Innovations" bank "332662160" (**ACCOUNT**). Geoffrey Tanner said there was about "$12 to $15,000" in the account. Geoffrey Tanner said that they just got back their income tax and he deposited about $6,000 from boat proceeds. Lt. Talamantez asked Geoffrey Tanner how much of that money came from the drug sales. Geoffrey Tanner replied, "I don't know what he (supplier) gives her as part of it, I really don't." Geoffrey Tanner then said that all the money in the account was from legitimate proceeds. Lt. Talamantez asked Geoffrey Tanner, "So she (Tuyet Tanner) doesn't make any deposits to that account?" Geoffrey responded, "Yes, she makes deposits because I'm at work." Geoffrey said he hoped Tuyet Tanner made a deposit yesterday indicating the money was legitimate sources. He then referred to some of the money

collected in his bedroom ($7,065.00) was from his boat business. SA Miller asked where all the proceeds from the drug sales went, and Geoffrey Tanner said that Tuyet Tanner had them. Geoffrey Tanner said that Tuyet Tanner uses drug proceeds to purchase items at auction.

14. At approximately 7:20 a.m., the digital recorder stopped recording due to the batteries dying. Agents/Officers did not immediately notice that the recorder stopped. They continued their interview. While not recording, SA Miller asked Geoffrey Tanner if he ever gave pills to anyone. Geoffrey Tanner said that he counted out pills for an individual about two weeks ago.

15. At approximately 7:34 a.m., Geoffrey Tanner requested to speak to an attorney. Agents/Officers stopped questioning and at this point realized the recording had stopped.

16. At approximately 7:37 a.m., SA Miller began the recording again. (New batteries installed) SA Miller asked Geoffrey Tanner if he requested an attorney while the recording had stopped and Geoffrey Tanner acknowledged that he did. The recording was stopped shortly thereafter.

### Interview of Tuyet Tanner on June 27, 2019 at Waylon Graham's Office

17. On June 27, 2019, at approximately 9:35 a.m., pursuant to an arrest warrant signed by the Honorable Bay County Judge Shane Vann of the Fourteenth Judicial Circuit Court of the State of Florida, Tuyet Tanner was arrested on the charges of trafficking in fentanyl and unlawful use of a two communication device.

18. Lieutenant Kevin Francis located and arrested Tuyet Tanner at 1520 Thurso Street, Lynn Haven, Florida. Lieutenant Francis asked Tuyet Tanner if she would be willing to talk with law enforcement. Tuyet Tanner told Lieutenant Francis that she wanted her attorney to

be present before she spoke with law enforcement. Lieutenant Francis called me and notified me of Tanner's arrest and that she did not wish to speak to law enforcement without her attorney present. I asked Lieutenant Francis who Tanner's attorney was, and he advised it was Waylon Graham. I called Waylon Graham and made arrangements for Tuyet Tanner to be transported to his office. At Waylon Graham's office, Tuyet Tanner met with Mr. Graham in private. TFO Robert Hall and I arrived at Mr. Graham's office and met with Mr. Graham. Mr. Graham stated Tuyet Tanner was willing to cooperate and agreed to provide information regarding the case. Tuyet Tanner provided the following information in context, while in the presence of her attorney, Mr. Graham:

19. Tuyet Tanner said she owned a nail salon that had not been in business since hurricane Michael. Tuyet Tanner said she used the money she made from selling the narcotics to pay her bills. Tanner never provided a firm number of how much money she made from selling controlled substances, but based on the numbers of pills sold to the confidential informant and the number of pills and amount of other drugs found at the residence, I would, based on my experience and background, conservatively estimate that the pills and other drugs were worth tens of thousands of dollars.

20. Based on documents received from Innovations Federal Credit Union pursuant to a Grand Jury Subpoena issued for the Northern District of Florida, Tuyet Tanner and Geoffrey Tanner share and own the **ACCOUNT**. Based on my experience, I know that the sale of controlled substances is a cash business. During a separate interview through Mr. Graham Tuyet Tanner admitted that she had made deposits into the **ACCOUNT** from her drug supplier, who she worked closely with to acquire and distribute controlled substances. I know that individuals

7

that sell controlled substances deposit money into bank accounts and then commingle this money with legitimately made money to mask the nature of drug proceeds. I believe there is a temporal nexus between the money in the **ACCOUNT** and their drug dealing activities.

## **CONCLUSION**

21. Based upon the facts set forth in this affidavit, your affiant believes there is probable cause to believe that Tuyet Tanner and Geoffrey Tanner have deposited proceeds from the illegal sale of controlled substance into the **ACCOUNT** in the Northern District of Florida, in violation of 21 U.S.C. §§ 841, 846, and 18 U.S.C. §1956.

22. Based upon the facts set forth in this affidavit, your affiant respectfully submits that there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1), and 846, and 18 U.S.C. §1956 have occurred, and that the proceeds from the sale or distribution of illegal narcotics is located in the **ACCOUNT**, specifically described in Attachment A. Your affiant seeks authorization to seize all the funds located in the **ACCOUNT**.

_____
TFO John Deegins, DEA

Sworn to and subscribed before me this 8th day of July, 2019

/s/ *Michael J. Frank* /
Michael J. Frank
United States Magistrate Judge

## Attachment A

Innovations Bank account #0033262160 ("**ACCOUNT**"). The **ACCOUNT** is located at 910 Thomas Drive, Panama City Beach, Florida 32408. The **ACCOUNT** is a joint account in Geoffrey T. Tanner's name shared with Tuyet Tanner. The **ACCOUNT** has three shared sub-accounts labeled as Prime Share (S 01), Ignite Saver Cashback (S 02) and Ignite Cashback With Saver (S 10). The **ACCOUNT** as of July 03, 2019, had $13,128.59 in it.